# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 30, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

> Re: Robert Charles Ladd
> v. Texas
> No. 14-8180
> (Your No. WR-42,639-03)

Dear Clerk:

The Court today entered the enclosed order in the above-entitled case.

Sincerely,

Scott S. Harris, Clerk

By

Danny Bickell
Deputy Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 03 2015

Abel Acosta, Clerk

(ORDER LIST: 574 U.S.)

THURSDAY, JANUARY 29, 2015

CERTIORARI DENIED

14-8180     LADD, ROBERT C. V. TEXAS
(14A815)

     The application for stay of execution of sentence of death

presented to Justice Scalia and by him referred to the Court is

denied.  The petition for a writ of certiorari is denied.